# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MILAGROS MARTINEZ-PARIS and L.R., a minor by and through his Guardian Ad Litem, MILAGROS MARTINEZ-PARIS,<br><br>Plaintiffs,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, KASEY GLASS, MARK CONNORS, ALLISON POKORNIK, and DOES 1-50,<br><br>Defendants. | Case No.: 2:19-cv-403-APG-VCF<br><br>**ORDER TRANSFERRING CASE**<br><br>[ECF No. 13] |

The plaintiffs have filed a Notice of Related Cases. ECF No. 13. Local Rule 42-1(a) allows for the assignment of related cases to a single district judge and magistrate judge. This action appears related to *Tims, et al. v. Clark County School District, et al.*, Case Number 2:18-cv-00021-JAD-VCF, which is assigned to Judge Dorsey. Good cause exists to assign this action to Judge Dorsey.

IT IS THEREFORE ORDERED that this case is transferred to Judge Dorsey for all further proceedings. The case number shall be changed to: Case No.: 2:19-cv-403-JAD-VCF.

Dated: March 13, 2019.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE

_____
Jennifer A. Dorsey
UNITED STATES DISTRICT JUDGE