# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| MILAGROS MARTINEZ-PARIS and LR, a minor by and through his Guardian Ad Litem MILAGROS MARTINEZ-PARIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, KASEY GLASS, MARK CONNORS, ALLISON POKORNIK and DOES 1-50,<br><br>Defendants. | 2:19-cv-00403-JAD-VCF<br><br>**ORDER** |

Before the court is Plaintiffs' Motion To Compel Defendant Clark County School District To Provide Dates For The Depositions Of James Ketsaa, Michael Harley, Edward Goldman And Carlos Morales (ECF No. 40).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiffs' Motion To Compel Defendant Clark County School District To Provide Dates For The Depositions Of James Ketsaa, Michael Harley, Edward Goldman And Carlos Morales (ECF No. 40) is scheduled for 11:00 AM, September 6, 2019, in Courtroom 3D.

DATED this 23rd day of August, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE