# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| MILAGROS MARTINEZ-PARIS and L.R., a minor by and through his Guardian Ad Litem MILAGROS MARTINEZ-PARIS,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, KASEY GLASS, MARK CONNORS, ALLISON POKORNIK and DOSS 1-50,<br><br>Defendant. | 2:19-cv-00403-JAD-VCF<br><br>**ORDER** |

Before the court is Defendant Kasey Glass' Emergency Motion for Stay or Alternatively for Protective Order. (ECF Nos. 60, 61).

Accordingly,

IT IS HEREBY ORDERED that Defendant Kasey Glass' Emergency Motion for Stay or Alternatively for Protective Order. (ECF Nos. 60, 61) will be briefed in the ordinary course.

IT IS FURTHER ORDERED that the briefing regarding Plaintiff's Motion for Partial Summary Judgment (ECF No. 48) is stayed pending further order of the court.

DATED this 11th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE