MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
Email: ferrariom@gtlaw.com
hendricksk@gtlaw.com
welchkirmsew@gtlaw.com

*Attorneys for Defendants Clark County*
*School District, Mark Connors and Allison Pokornik*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MILAGROS MARTINEZ-PARIS and L.R., a minor by and through his Guardian Ad Litem, MILAGROS MARTINEZ-PARIS, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT; KASEY GLASS, MARK CONNORS, ALLISON POKORNIK and DOES 1-50, <br><br> Defendants. | CASE NO. 2:19-cv-00403-JAD-VCF <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Clark County School District ("CCSD"), Mark Connors, and Allison Pokornik (collectively the "CCSD Defendants"), counsel for Kasey Glass ("Glass"), and counsel for Plaintiffs (collectively the "Parties"), that the hearing for the CCSD Defendants' Motion to Dismiss (ECF 19) and Kasey Glass' Motion to Dismiss (ECF 25) set by this Court for October 15, 2019 at 3:30 p.m. (ECF 46) be continued to one of the following dates or as soon thereafter as can be accommodated by the Court:

/ / /

/ / /

1. October 23, 2019

2. October 28, 2019

3. November 1, 2019

4. November 7, 2019

No previous requests for extension of the hearing referenced above have been made.

The parties represent that this Stipulation is entered into in good faith and not for the purposes of undue delay. The continuance is requested because counsel for the CCSD Defendants has a trial set to begin on October 15, 2019 in the United States District Court, District of Nevada (Case No. 09-cv-02458-RFB-VCF) and counsel for Kasey Glass has a trial set to begin on October 14, 2019 in the Eighth Judicial District, District of Nevada (Case No. A-17-758523-C).

So Stipulated:

DATED this 25th day of September, 2019.

**GREENBERG TRAURIG, LLP**

/s/ Kara B. Hendricks
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Defendants Clark County School District, Mark Connors and Allison Pokornik*

DATED this 25th day of September, 2019.

**LAW OFFICES OF TODD BOLEY**

/s/ Todd A. Boley
TODD A. BOLEY, ESQ. (*admitted Pro Hac Vice*)
California Bar No. 68119
2381 Mariner Square Drive, Suite 280
Alameda, CA 94501

PETER W. ALFERT, ESQ. (*admitted Pro Hac Vice*)
California Bar No. 83139
IAN HANSEN, ESQ. (*admitted Pro Hac Vice*)
California Bar No. 255449
**LAW OFFICES OF PETER ALFERT, PC**
909 Mariner Village Parkway, Suite 199
Alameda, CA 94501

MICHAEL A. BURKE, ESQ.
Nevada Bar No. 11527
**ROBISON SHARP SULLIVAN & BRUST**
71 Washington Street
Reno, NV 89503

*Attorneys for Plaintiffs*

/ / /

/ / /

/ / /

2

ACTIVE 44680494v1

DATED this 25th day of September, 2019.

**MARQUIS AURBACH COFFING**

 /s/ James A. Beckstrom
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
JAMES A. BECKSTROM, ESQ.
Nevada Bar No. 14032
TOM W. STEWART, ESQ.
Nevada Bar. No. 14280
10001 Park Run Drive
Las Vegas, NV 89145

*Counsel for Kasey Glass*

## ORDER

IT IS SO ORDERED that the hearing for Motions to Dismiss (ECF Nos. 19 and 25) are hereby vacated and continued to November 25, 2019, at 2:30 p.m.

DATED this 27th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

3
ACTIVE 44680494v1