# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MILAGROS MARTINEZ-PARIS and LR, a minor by and through his Guardian Ad Litem MILAGROS MARTINEZ-PARIS,

    Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT, KASEY GLASS, MARK CONNORS, ALLISON POKORNIK and DOES 1-50,

    Defendants.

2:19-cv-00403-JAD-VCF

**ORDER**

Before the court are the following motions:

1. Plaintiffs' Motion to Compel Defendant Clark County School District to Respond to Plaintiffs' Request for Admission, Set One, Nos. 9-13, and 24-28 (ECF NO. 75),

2. Plaintiffs' Motion for Leave to File Documents Under Seal Pursuant to Protective Order (ECF NO. 76),

3. Plaintiffs' Motion to Compel Defendant Clark County School District to Provide Dates for the Deposition of Carlos Morales (ECF NO. 81),

4. Plaintiffs' Motion for Leave to File Documents Under Seal Pursuant to Protective Order (ECF NO. 87),

5. Plaintiffs' Motion to Compel Defendant Clark County School District to Produce Documents and to Provide Further Responses to Request for Production of Documents Set Two, Nos 5 and 6 (ECF NO. 88).

Accordingly,

1 IT IS HEREBY ORDERED that a hearing on the above referenced motions is scheduled for 11:00
2 AM, December 3, 2019, in Courtroom 3D.

4 DATED this 12th day of November, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE